JAMES M. MCILROY, as Executor of BRENDA W. MCILROY, Deceased, Appellant, v PATRICIA A. MCILROY et al., Defendants, and TOWN OF COVINGTON et al., Respondents. Present—Dillon, P. J., Green, Pine, Balio and Lawton, JJ.